IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NEHEMIAH JD JACKSON, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 3:19-cv-997-N (BT) |
| | ) | |
| BRIAN COLLIER, *TDCJ Executive Director*, | ) ) | |
| Respondent. | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. Petitioner filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED this 16th day of September, 2019.

DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE